Dismissed and Memorandum Opinion filed June 21, 2007








Dismissed
and Memorandum Opinion filed June 21, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO.
14-04-00424-CV

____________

 

GULF TECH SERVICES
CORPORATION, CCC FABRICACIONES Y CONSTRUCCIONES, S.A. DE C.V., and CORPORACION
DE INDUSTRIASE CONSTRUCCIONES, S.A. DE C.V., Appellants

 

V.

 

GABRIEL ANGEL
LOPEZ RIVERA, Appellee

 



 

On Appeal from the
190th District Court

Harris County,
Texas

Trial Court Cause
No. 99-36433

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed February 5, 2004.  Submission of this appeal
was scheduled for January 10, 2006.  On January 4, 2006, appellees filed an unopposed
motion to postpone oral argument so that the parties could finalize a
settlement agreement. The court granted the motion, removed the case from the
submission docket, and abated the appeal.  








On June
7, 2007,  the parties filed a joint motion to dismiss the cause and the appeal
because they have settled all matters in dispute in this appeal and the
underlying district court proceedings.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
we order the trial court=s judgment vacated, and both the appeal and the underlying
cause are ordered dismissed.  See Tex.
R. App. P. 43.2(e).

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed June
21, 2007.

Panel consists of Chief Justice Hedges and Justices Hudson and Guzman.